PEOPLE v. LOFTON

Appeal from Genesee, Mansour (Anthony J.), J. Submitted Division 2 December 3, 1968, at Lansing. (Docket No. 3,749.)   Decided December 31, 1968.

Ronald Lofton was convicted of resisting a police officer in discharge of his duty.   Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Donald A. Kuebler* and *Paul G. Miller,* Assistant Prosecuting Attorneys, for the people.

*Leonard B. Shulman,* for defendant on appeal.

QUINN, J.  The facts of this case may be found in *People* v. *Stubbs* (1968), 15 Mich App 453.  Defendant in this case was charged with the same offense as were Stubbs and Shumpert, but this defendant chose to be tried by the court without a jury. The trial court found Lofton guilty, as did the jury in the case of Stubbs and Shumpert.   Our decision in *Stubbs, supra,* controls.
   Affirmed.

T. G. KAVANAGH, P. J., and A. C. MILLER, J., concurred.